## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |  |
|---|---|---|---|
| In Re: | CLETUS TYRONE MCMILLAN | § | Case No.: 11-21063 |
|  | KIMBERLY JENEE WILKERSON MCMILLAN | § |  |
|  |  | § |  |
|  |  | § |  |
|  | Debtor(s) | § |  |

_____

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)   The case was filed on 05/18/2011.

2)   This case was confirmed on 08/01/2011.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/01/2011.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)   The case was dismissed on 07/09/2012.

6)   Number of months from filing to the last payment:  13

7)   Number of months case was pending:  17

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $    150,210.00

10)  Amount of unsecured claims discharged without payment $      .00

11)  All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

===============================================================================

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $  12,470.00 |
| Less amount refunded to debtor | $     547.50 |
| **NET RECEIPTS** | $  11,922.50 |

===============================================================================

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $   2,713.40 |
| Court Costs | $       .00 |
| Trustee  Expenses and Compensation | $     520.46 |
| Other | $       .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $   3,233.86 |
| Attorney fees paid and disclosed by debtor | $     726.00 |

===============================================================================

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SAXON MORTGAGE SERVI | SECURED | 165,000.00 | .00 | .00 | .00 | .00 |
| SAXON MORTGAGE SERVI | SECURED | 12,000.00 | .00 | 12,000.00 | .00 | .00 |
| SAXON MORTGAGE SERVI | UNSECURED | 130,800.00 | NA | NA | .00 | .00 |
| CONDOR CAPITAL CORP | SECURED | 20,450.00 | 20,450.00 | 20,450.00 | 6,739.03 | 742.80 |
| CONDOR CAPITAL CORP | UNSECURED | 16,650.00 | 16,650.25 | 16,650.25 | .00 | .00 |
| CITY OF MARKHAM | SECURED | 1,200.00 | .00 | 1,200.00 | 1,168.17 | 38.64 |
| INTERNAL REVENUE SER | SECURED | 1,350.00 | 57,582.09 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 1,350.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | SECURED | 4,850.00 | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 4,850.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | SECURED | 8,450.00 | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 8,450.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | SECURED | 15,650.00 | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 15,650.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 14,400.00 | 618.03 | 618.03 | .00 | .00 |
| ACCOUNT RECOVERY BUR | UNSECURED | 550.00 | NA | NA | .00 | .00 |
| AFFINITY CASH LOANS | UNSECURED | 350.00 | 300.00 | 300.00 | .00 | .00 |
| AIS SVC LLC | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | OTHER | .00 | NA | NA | .00 | .00 |
| AIS SERVICES | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 2,100.00 | 1,931.39 | 1,931.39 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 900.00 | 878.23 | 878.23 | .00 | .00 |

===============================================================================

**UST Form 101-13-FR-S(9/01/2009)**

===============================================================================

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| AT & T | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1,800.00 | 923.85 | 923.85 | .00 | .00 |
| BALLYS TOTAL FITNESS | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 800.00 | 736.15 | 736.15 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,600.00 | 1,613.89 | 1,613.89 | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CB ACCOUNTS INC | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| CBUSA INC | OTHER | .00 | NA | NA | .00 | .00 |
| CBCS | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 800.00 | 2,222.60 | 2,222.60 | .00 | .00 |
| SECRETARY OF STATE | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST CABLE | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 250.00 | 1,522.90 | 1,522.90 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 23,000.00 | 22,866.57 | 22,866.57 | .00 | .00 |
| CONSUMER PORTFOLIO S | OTHER | .00 | NA | NA | .00 | .00 |
| CONSUMER PORTFOLIO S | OTHER | .00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| DEVON FINANCIAL SERV | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| DIRECT TV | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| DIRECTV | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECTV | OTHER | .00 | NA | NA | .00 | .00 |
| EAST SIDE LENDERS | UNSECURED | 1,250.00 | NA | NA | .00 | .00 |
| ECONOMY TRANSMISSION | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 500.00 | 510.00 | 510.00 | .00 | .00 |
| FIRST PREMIER BANK | OTHER | .00 | NA | NA | .00 | .00 |
| HARRIS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| HSBC BANK | OTHER | .00 | NA | NA | .00 | .00 |
| IC SYSTEMS | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| IDEALGELT | UNSECURED | 250.00 | 1,250.00 | 1,250.00 | .00 | .00 |
| IDEALGELT | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 2,000.00 | 2,431.90 | 2,431.90 | .00 | .00 |
| IL STATE TOLL HWY AU | OTHER | .00 | NA | NA | .00 | .00 |
| IL STATE TOLL HWY AU | OTHER | .00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 350.00 | 1,031.29 | 1,031.29 | .00 | .00 |
| MEDICAL RECOVERY SPE | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNATIONAL CASH A | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| JOSEPH J CARDINAL | OTHER | .00 | NA | NA | .00 | .00 |
| LITTLE COMPANY OF MA | UNSECURED | 100.00 | NA | NA | .00 | .00 |

===============================================================================

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MAGES & PRICE | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| MARAUDER CORPORATION | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| MEDICAL RECOVERY SPE | OTHER | .00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 650.00 | NA | NA | .00 | .00 |
| MUTL H CLCTN | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| MUTUAL HOSPITAL SVC | OTHER | .00 | NA | NA | .00 | .00 |
| NATIONAL QUICK CASH | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| NATIONWIDE ACCEPTANC | UNSECURED | 1,200.00 | 3,112.05 | 3,112.05 | .00 | .00 |
| NEW CENTURY MORTGAGE | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,200.00 | 1,501.66 | 1,501.66 | .00 | .00 |
| NORTHSTAR LOCATION S | OTHER | .00 | NA | NA | .00 | .00 |
| NUVELL CREDIT CORP | OTHER | .00 | NA | NA | .00 | .00 |
| ONYX ACCEPTANCE CORP | UNSECURED | 1,900.00 | .00 | 1,853.11 | .00 | .00 |
| ONYX ACCEPTANCE CORP | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 510.00 | 510.00 | 510.00 | .00 | .00 |
| PACK MANAGEMENT GROU | OTHER | .00 | NA | NA | .00 | .00 |
| PALOS COMMUNITY HOSP | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| PROGRESSIVE INSURANC | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| PROGRESSIVE INSURANC | OTHER | .00 | NA | NA | .00 | .00 |
| RECEIVABLE MGMT | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| SECRETARY OF STATE | OTHER | .00 | NA | NA | .00 | .00 |
| ST JAMES | UNSECURED | .00 | NA | NA | .00 | .00 |
| ST JAMES | OTHER | .00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 1,600.00 | NA | NA | .00 | .00 |
| US CELLULAR | OTHER | .00 | NA | NA | .00 | .00 |
| VMC & ASSOCIATES | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | OTHER | .00 | NA | NA | .00 | .00 |
| ONYX ACCEPTANCE CORP | SECURED | NA | 1,853.11 | .00 | .00 | .00 |
| MCSI/RMI | UNSECURED | NA | 1,750.00 | 1,750.00 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | NA | .00 | .00 | .00 | .00 |
| CREDIT ACCEPTANCE CO | SECURED | NA | 18,013.51 | .00 | .00 | .00 |
| CREDIT ACCEPTANCE CO | UNSECURED | NA | .00 | 18,013.51 | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | NA | 365.17 | 365.17 | .00 | .00 |
| OCWEN LOAN SERVICING | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 12,000.00 | .00 | .00 |
| Debt Secured by Vehicle | 20,450.00 | 6,739.03 | 742.80 |
| All Other Secured | 1,200.00 | 1,168.17 | 38.64 |
| **TOTAL SECURED:** | 33,650.00 | 7,907.20 | 781.44 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 618.03 | .00 | .00 |
| **TOTAL PRIORITY:** | 618.03 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 81,974.52 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 3,233.86 |
| Disbursements to Creditors | $ | 8,688.64 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 11,922.50 |

12)      The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:     10/24/2012               /s/ Tom  Vaughn                                        
                                    Tom  Vaughn,  Chapter  13  Trustee


**STATEMENT**      : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**